UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION

VICTOR HUGO LOPEZ-ALDAMA,
Petitioner,
v.
JAIME RIOS, et al.,
Respondents.

No. 5:26-cv-04965-JDE

JUDGMENT

In accordance with the Order Regarding Petition, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the Petition is:

(1) granted, in part, with Respondents ORDERED to

a. provide an individualized bond hearing before an immigration judge under 8 U.S.C. § 1226(a) for **Petitioner Victor Hugo Lopez-Aldama (A# 240-870-753)** within seven (7) days of this Judgment, with instructions that the immigration judge has jurisdiction under 8 U.S.C. § 1226(a) to consider bond (as neither DHS nor the Attorney General oppose) and must provide a written, reasoned decision if bond is denied, including all factual findings in support of such decision; or

b. release Petitioner from custody subject only to narrowly tailored conditions of release, if any, no more restrictive than necessary to ensure his appearance as required and to protect the community, if he is not timely provided with the aforementioned bond hearing; and

(2) denied with prejudice as to all other requests for substantive relief.

Dated: September 8, 2026

JOHN D. EARLY
United States Magistrate Judge